

FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0282

IN RE THE PARENTING OF D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

Petitioner and Appellant,

FILED

OCT 0 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

O R D E R

GAIL A. SULLIVAN, f/k/a GAIL ANN INGELS,

Respondent and Appellee.

---

The Thirteenth Judicial District Court, the Hon. Donald Harris, has filed a status report and seeks clarification of this Court's September 29, 2020 Order determining that we would not continue to hold this appeal in abeyance and directing briefing in accordance with the Rules of Appellate Procedure. Judge Harris confirms that he held a status conference in this case on September 21, 2020, and has set a hearing for October 28 on the current parenting issues.

A district court retains continuing jurisdiction of parenting plan matters. Section 40-4-219, MCA. By setting the current appeal on track for briefing, this Court did not intend to deprive the District Court of continuing jurisdiction to rule on parenting issues that arose, or may yet arise, after the appeal was taken. The Court clarifies that, as indicated in our June 16, 2020 Order that Judge Harris references, the District Court may proceed to determine whether enforcement or further amendments to the amended parenting plan are appropriate.

IT IS THEREFORE ORDERED that the District Court may proceed with its scheduled proceedings in the case.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in Yellowstone County Cause No. DR 06-60 and to the Thirteenth Judicial District Court, the Hon. Donald L. Harris, presiding.

Dated this 6th day of October, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2